ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
**Aug 11, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAMIRO LUNA *et. al.*,

Defendant.

CASE NO: 5:26-MJ-00020-CDB

~~[PROPOSED]~~ ORDER TO UNSEAL COMPLAINT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint in the above-captioned matter be, and is, unsealed.

IT IS SO ORDERED.

Dated: **August 11, 2026**

UNITED STATES MAGISTRATE JUDGE